UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,               CRIMINAL NO. 06-20604

v.                               HONORABLE AVERN COHN

D-08, BRANDON LEE,

    Defendant.
                                /

## ORDER REVOKING BOND

On September 21, 2007 the Court held a bond review hearing in this matter. For the reasons stated on the record,

**IT IS HEREBY ORDERED** that the bond is REVOKED.

**IT IS FURTHER ORDERED** that the defendant be remanded to the custody of the United States Marshal forthwith.

**SO ORDERED**.


Dated: September 21, 2007        s/ Avern Cohn
                                        AVERN COHN
                                        UNITED STATES DISTRICT JUDGE