UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                    CRIMINAL NO. 06-20604

v.                                  HONORABLE AVERN COHN

D-8, BRANDON LEE,

      Defendant.
_____/

## ORDER GRANTING (ORAL) MOTION FOR REINSTATEMENT OF BOND

The Court held a hearing on February 21, 2008 on the defendant's Motion for Reinstatement of Bond. For the reasons stated on the record,

**IT IS HEREBY ORDERED** that the bond is RE-INSTATED. The Defendant's bond and conditions entered on April 16, 2007 in 06-mj-30504 are re-instated.

**IT IS FURTHER ORDERED** that the defendant be released from the custody of the United States Marshal forthwith.

**SO ORDERED**.


Dated: February 28, 2008          s/Avern Cohn
                                       AVERN COHN
                                       UNITED STATES DISTRICT JUDGE